1 | STEVE W. BERMAN
GEORGE W. SAMPSON
2 | TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
3 | 1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
4 | Telephone: (206) 623-7292
Facsimile: (206) 623-0594
5 | steve@hbsslaw.com
george@hbsslaw.com
6 | tyler@hbsslaw.com

7 | JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
8 | 1629 K St. NW, Suite 300
Washington, D.C. 20006
9 | Telephone: (202) 355-6435
Facsimile: (202) 355-6455
10 | jenniferc@hbsslaw.com

11 | *Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT

JUN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

CV 06-3965 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE ⨎ ORDER** |
| This document relates to all actions. | Hearing:    None |
| | Time:        None |
| | Courtroom: 6 |
| | Judge:      Hon. Stephen V. Wilson |
| | Trial Date: None |

IT IS SO ORDERED
Dated     JUN 2 2 2012

United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1    WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions

2 consolidated for purposes of coordinated pretrial proceedings;

3    WHEREAS, the parties have reached a global settlement of all twenty-two

4 actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-

5 two actions with prejudice;

6    NOW, THEREFORE, the parties, by and through their attorneys of record,

7 and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE

8 that this MDL and the following member actions are hereby dismissed with

9 prejudice:

10    (1)    *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW

11 (RCx) (Chicago Region);

12    (2)    *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-

13 SVW (RCx) (New York/New Jersey Region);

14    (3)    *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-

15 SVW (RCx) (Boston Region);

16    (4)    *Margaret A Thompson v. Clear Channel Communications Inc et al.*,

17 2:05-cv-06704-SVW-VBK (Los Angeles Region);

18    (5)    *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-

19 04987-SVW-VBK (Denver Region).

20    (6)    *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-

21 SVW (RCx) (South Florida Region);

22    (7)    *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-

23 2382-SVW (RCx) (Philadelphia Region);

24    (8)    *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-

25 SVW (RCx) (Northern California Region);

26    (9)    *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-

27 SVW (RCx) (Michigan Region);

28

1         (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-

2 SVW (RCx) (Northern California Region);

3         (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-

4 4985(RCx) (Michigan Region);

5         (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW

6 (RCx) (Carolina Region);

7         (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-

8 SVW (RCx) (Atlanta Region);

9         (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-

10 5008(RCx) (Indiana Region);

11         (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-

12 5012 SVW (RCx) (Boston Region);

13         (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-

14 5018-SVW (RCx) (Ohio Region);

15         (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-

16 SVW (RCx) (Philadelphia Region);

17         (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV

18 06-5058(RCx) (Houston Region);

19         (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-

20 SVW (RCx) (Wisconsin Region);

21         (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-

22 SVW (RCx) (District of Columbia Region);

23         (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-

24 SVW (RCx) (Arizona Region);

25         (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW

26 (RCx) (Seattle Region).

27

28

1

2    Dated:  May 22, 2012                          HAGENS BERMAN SOBOL SHAPIRO LLP

3

4                                                  By: /s/ Jennifer F. Connolly
                                                        Jennifer F. Connolly
5                                                  1629 K St. NW, Suite 300
                                                   Washington, D.C.  20006
6                                                  Tel.:  (202) 355-6435
                                                   Fax:  (202) 355-6455
7                                                  E-mail:  JenniferC@hbsslaw.com

8                                                  Elaine T. Byszewski
                                                   Lee M. Gordon
9                                                  HAGENS BERMA SOBOL SHAPIRO LLP
                                                   700 South Flower Street, Suite 2940
10                                                 Los Angeles, CA  90017
                                                   Tel.: (213) 330-7150
11                                                 Fax: (213) 330-7150
                                                   E-mail:  Lee@hbsslaw.com
12                                                              Elaine@hbsslaw.com

13                                                 Steve W. Berman
                                                   George Sampson
14                                                 Tyler Weaver
                                                   HAGENS BERMAN SOBOL SHAPIRO LLP
15                                                 1918 Eighth Ave., Suite 3300
                                                   Seattle, WA  98101
16                                                 Tel.:  (206) 623-7292
                                                   Fax.: (206) 623-0594
17                                                 Email:  steve@hbsslaw.com
                                                              george@hbsslaw.com
18                                                            tyler@hbsslaw.com

19                                                 Kenneth A. Wexler
                                                   Mark R. Miller
20                                                 WEXLER WALLACE LLP
                                                   55 W. Monroe, Suite 3300
21                                                 Chicago, IL  60603
                                                   Tel.:  (312) 346-2222
22                                                 Fax:  (312) 346-0022
                                                   E-mail: kaw@wexlerwallace.com
23                                                            mrm@wexlerwallace.com

24

25

26

27

28

1

2
Lee Squitieri
Olga A. Pettigrew
3
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY 10022
4
Tel.: (212) 421-6492
Fax: (212) 421-6553
5
E-mail: lee@sfclasslaw.com

6
*Co-Lead Counsel and Executive Committee Members*

7

8
Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
9
1818 Market Street, Suite 2500
Philadelphia, PA 19103
10
Tel.: (215) 496 0300
Fax: (215) 496 6611
11
E-mail: jkodroff@srkw-law.com

12
Nicholas Chimicles
Kimberly Donaldson
13
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
14
Haverford, PA 19401
Tel.: (610) 642-8500
15
Fax: (610) 649-3633
E-mail: nick@chimicles.com
16
          kimdonaldson@chimicles.com

17
Lance Harke
HARKE & CLASBY
18
9699 NE Second Avenue
Miami, FL 33138
19
Tel.: (305) 536-8220
Fax: (305) 536-8229
20
E-mail: lharke@harkeclasby.com

21
Hollis Salzman
LABATON SUCHAROW
22
140 Broadway
New York, NY 10005
23
Tel.:(212) 907-0700
Fax:(212) 818-0477
24
E-mail: hsalzman@labaton.com

25
*Executive Committee Members*

26

27

28

| | |
|---|---|
| 1 | Dated: May 22, 2012 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: May 22, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Jonathan M. Jacobson

Jonathan M. Jacobson
1301 Avenue of the Americas
40th Floor
New York, NY  10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899

Colleen Bal
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-8111

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
Harvey I. Saferstein
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone:  (310) 586-3200

***Attorneys for Defendants***